UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THOMAS ANDREWS, JR., GROVER BOWERS, KEVIN CLARK, PATRICK CORNELIUS, TYLER DEARING, CHARLES DIAZ, TYLER HARRELL, JAKE HOGAN, JIMMY HOGAN, MICHAEL HOGAN, ZACH HOPKINSON, JARED HOWARD, MATTHEW NELSON, RYAN SAUNDER, AARON SAULS, JOSHUA SHARPE, TAYLOR SHELLHAMER, ROBERT SUMMERELL, and WESLEY THOMPKINS,<br><br>    Plaintiffs,<br><br>v.<br><br>INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL 1475 CLERKS AND CHECKERS UNION, INC., GEORGIA STEVEDORE ASSOCIATION, INC., CERES MARINE TERMINALS INC., COOPER/PORTS AMERICA, LLC, and SSA ATLANTIC, LLC,<br><br>    Defendants. | CIVIL ACTION NO: 4:19-cv-00128 |

## **ORDER**

Having read and considered the Joint Motion to Continue Stay (Doc 34), the Court hereby **GRANTS** the motion. Accordingly, all deadlines, including the deadline for submitting a Fed. R. Civ. P. 26(f) report, are stayed for a period of 90 days from the date of this Order. No later than 14 days prior to the expiration of

the extension granted herein, the parties shall confer and provide the Court with a written update regarding the status of the case. The parties are advised that the Court will be disinclined to issue additional stays in the absence of good cause.

This 21st day of November, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA