IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THOMAS ANDREWS, JR., GROVER BOWERS, KEVIN CLARK, PATRICK CORNELIUS, TYLER DEARING, CHARLES DIAZ, TYLER HARRELL, JAKE HOGAN, JIMMY HOGAN, MICHAEL HOGAN, ZACH HOPKINSON, JARED HOWARD, MATTHEW NELSON, AARON SAULS, RYAN SAUNDERS, JOSHUA SHARPE, TAYLOR SHELLHAMER, ROBERT SUMMERELL, and WESLEY TOMPKINS,<br><br>    Plaintiffs,<br><br>v.<br><br>INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL 1475 CLERKS AND CHECKERS UNION, INC.; GEORGIA STEVEDORE ASSOCIATION, INC.; CERES MARINE TERMINALS INC.; COOPER/PORTS AMERICA, LLC; and SSA ATLANTIC, LLC;<br><br>    Defendants. | CASE NO. CV419-128 |

## O R D E R

Before the Court is Plaintiffs Grover Bowers, Robert Summerell, and Wesley Tompkins' Stipulation of Dismissal. (Doc. 40.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have

appeared." As requested, Plaintiffs Bowers, Summerell, and Tompkins' individual claims against Defendants are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk is **DIRECTED** to amend the caption accordingly.

SO ORDERED this 7th day of April 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA